**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Unique Freight Lines, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2870322** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8417 NW 201 Terrace**<br>**Hialeah, FL 33015-5976**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade**<br>County | **Location of principal assets, if different from principal place of business**<br>**8417 NW 201st Terrace Hialeah, FL 33015-5976**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Unique Freight Lines, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor    **Unique Freight Lines, Inc.**                                    Case number (*if known*)
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**    Check all that apply:

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Unique Freight Lines, Inc.**                                    Case number (*if known*) _____
          Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Unique Freight Lines, Inc.**                                                    Case number (*if known*) _____
                Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 14, 2023**
                    MM / DD / YYYY

**X /s/ David Padron, Sr.**                                    **David Padron, Sr.**
Signature of authorized representative of debtor              Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Timothy S. Kingcade**                        Date    **April 14, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Timothy S. Kingcade 082309**
Printed name

**Kingcade, Garcia & McMaken, P.A.**
Firm name

**1370 Coral Way**
**Miami, FL 33145**
Number, Street, City, State & ZIP Code

Contact phone    **305-285-9100**        Email address    **scanner@miamibankruptcy.com**

**082309 FL**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Unique Freight Lines, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __April 14, 2023__          X /s/ David Padron, Sr.
                                          _____
                                          Signature of individual signing on behalf of debtor

                                          **David Padron, Sr.**
                                          _____
                                          Printed name

                                          **President**
                                          _____
                                          Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name | **Unique Freight Lines, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 6031 Carol Stream, IL 60197 | | Business Platinum Credit Card | | | | $1.00 |
| BMO/Harris Bank, N.A. 111 West Monroe Street Chicago, IL 60603 | | Business Loan | | $247,118.85 | $0.00 | $247,118.85 |
| CIT Bank, N.A 888 E Walnut St Pasadena, CA 91101 | | Business Loan | | $146,858.58 | $0.00 | $146,858.58 |
| F.N.B. Equipment Finance 120 Highland Park Blvd Wilkes Barre, PA 18702 | | Business Loan | | $213,595.80 | $0.00 | $213,595.80 |
| Florida Department Of Highway Safety International Fuel Tax Agreement (IFTA) 2900 Apalachee Pkwy Tallahassee, FL 32399 | | Fuel Tax | | | | $168,519.66 |
| Hitachi Capital America Corp. 800 Connecticut Avenne Norwalk, CT 06854 | | Business Loan | Contingent Unliquidated | $169,615.37 | $0.00 | $169,615.37 |

| Debtor | **Unique Freight Lines, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101** | | **Income Tax Liability** | | | | **$86,332.00** |
| **JB & B Capital, LLC. 109 S. Northshore Drive Ste 200 Knoxville, TN 37919** | | **Business Loan** | | **$109,351.69** | **$0.00** | **$109,351.69** |
| **KLC Financial 4350 Baker Road Ste 100 Hopkins, MN 55343** | | **Business Loan** | | **$58,861.90** | **$0.00** | **$58,861.90** |
| **Midland States Bank 1201 Network Centre Drive Effingham, IL 62401** | | **Business Loan** | | **$100,076.40** | **$0.00** | **$100,076.40** |
| **New Mexico Taxation & Revenue Department 1100 South St. Francis Drive Santa Fe, NM 87504** | | **State Tax Liability for 2016 - 2021** | | | | **$63,780.19** |
| **Nilo Villamar c/o Noah E. Storch, Esq. 10368 W. State Road 84, Ste 103 Fort Lauderdale, FL 33324-4000** | | **Class Action Lawsuit Settlement** | | | | **$150,000.00** |
| **Paccar Financial Corp 1201 Hays St, # 105 Tallahassee, FL 32301-2000** | | **Business Loan** | | **$110,495.12** | **$0.00** | **$110,495.12** |
| **Port Authority of New York & New Jersey c/o Peter C. Merani, P.C. 1001 Avenue of the Americas Suite 1800 New York, NY 10018** | | **Lawsuit Judgment Civil Court of the New York County of New York** | **Disputed** | | | **$1.00** |

| Debtor | **Unique Freight Lines, Inc.** | | | | | |
|---|---|---|---|---|---|---|
| | Name | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| State of Florida Department of Revenue c/o Office of General Counsel 2450 Shumar Oak Blvd. Tallahassee, FL 32399 | | Florida Corporate Income Tax | | | | $18,142.00 |
| TBK Bank 12700 Park Central Drive Ste 1700 Dallas, TX 75251 | | Business Loan | | $75,309.60 | $0.00 | $75,309.60 |
| Toyota Commercial Finance 8951 Cypress Waters Blvd Ste 300 Coppell, TX 75019 | | Business Loan | | $103,900.07 | $0.00 | $103,900.07 |
| U.S. Bank c/o Ronald Emanuel, Esq. 790 Peters Road Bldg B, Ste 100 Fort Lauderdale, FL 33324 | | Lawsuit - Breach of Contract County Court of Miami Dade County, Florida | Disputed | | | $35,871.80 |
| U.S. Small Business Administration 2 North Street Suite 320 Birmingham, AL 35203 | | EIDL Loan | | $500,000.00 | $0.00 | $500,000.00 |
| Volvo Financial VTFNA 8003 Piedmont Triad Parkway Greensboro, NC 27409 | | Business Loan | | $5,140,894.77 | $0.00 | $5,140,894.77 |

**Fill in this information to identify the case:**

Debtor name    **Unique Freight Lines, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................    $      **15,330,317.67**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................    $      **15,330,317.67**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **6,976,092.15**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      **336,773.85**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **185,893.80**

4.  Total liabilities ...........................................................................................................
Lines 2 + 3a + 3b    $      **7,498,759.80**

**Fill in this information to identify the case:**

Debtor name      **Unique Freight Lines, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property       12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank**<br>**Business Convenience Plus**<br>**Levy placed on the account**<br>**Account has negative balance** | **Checking** | **1701** | **$0.00** |
| 3.2. | **TD Bank**<br>**Business Convenience Plus**<br>**Levy placed on account**<br>**Account has a negative balance** | **Checking** | **3703** | **$0.00** |
| 3.3. | **TD Bank**<br>**Business Convenience Plus**<br>**Account has a negative balance** | **Checking** | **9028** | **$0.00** |
| 3.4. | **TD Bank**<br>**Business Convenience Plus** | **Checking** | **5873** | **$5,282.42** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

        **$5,282.42**

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor   **Unique Freight Lines, Inc.**                                    Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment
                **Equipment Lease Agreement**
                **Unique Freight Lines, Inc. - Lessor**
                **Total Equipment USA, Inc. - Lessee**
        8.1.    **Payment is not a fixed amount.  Lessor receives payment of 18% of each load delivered**           Unknown

                **Equipment Lease Agreement**
                **Unique Freight Lines, Inc. - Lessor**
                **AZPI Transportation Corp.- Lessee**
        8.2.    **Payment is not a fixed amount.  Lessor receives payment of 18% of each load delivered**           Unknown

9.      **Total of Part 2.**                                                                              | $0.00 |
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor   **Unique Freight Lines, Inc.**                                    Case number *(if known)* _____
          <sub>Name</sub>

39.   **Office furniture**

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**
      Misc. Office Furniture and Equipment          $71,806.52     Liquidation                    $71,806.52

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                    $71,806.52
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2021 BMW X6 M Series**<br>**VIN: 5YMCY0C0XM9E82327**<br>**Tied to an auto lease with BMW**<br>**Financial Services** | $0.00 | N/A | $0.00 |
| 47.2.   **2022 BMW X5 sDrive 40i**<br>**VIN: 5UXCR4C01N9M94800**<br>**Tied to an auto lease with BMW**<br>**Financial Services** | $0.00 | N/A | $0.00 |
| 47.3.   **---Truck Fleet**<br>**Volvo, Kenworth (KW), International (INT)**<br>**---Trailer Fleet**<br>**CIMC, Great Dane**<br>**Value based on Inventory List** | $15,253,228.73 | Liquidation | $15,253,228.73 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

Debtor  **Unique Freight Lines, Inc.**                              Case number *(If known)* _____
        <span style="font-size:small">Name</span>

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**                                          | $15,253,228.73 |

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** <br> **www.uniquefl.com** <br> **Go Daddy domain for emails** <br> **No value** | $0.00 | N/A | $0.00 |
| 62. **Licenses, franchises, and royalties** <br> **International Fuel Tax Agreement License (IFTA) - State of Florida** <br> **No value** | $0.00 | N/A | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.  **Total of Part 10.**                                        | $0.00 |

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No

Debtor    **Unique Freight Lines, Inc.**                                          Case number *(If known)* _____
          Name

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

Debtor  **Unique Freight Lines, Inc.**                                Case number *(If known)* _____
        Name

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,282.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $71,806.52 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,253,228.73 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,330,317.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,330,317.67 |

| Fill in this information to identify the case: |
|---|

Debtor name  **Unique Freight Lines, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **BB&T  Commercial Equipment Capital Corp**<br><small>Creditor's Name</small><br><br>**2 Great Valley Parkway Suite 300 Malvern, PA 19355**<br><small>Creditor's mailing address</small><br><br><br><small>Creditor's email address, if known</small><br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 0322**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Business Loan**<br><br><br>**Describe the lien**<br>**UCC Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1.00** | **$0.00** |
| **2.2**  **BMO/Harris Bank, N.A.**<br><small>Creditor's Name</small><br><br>**111 West Monroe Street Chicago, IL 60603**<br><small>Creditor's mailing address</small><br><br><br><small>Creditor's email address, if known</small><br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 0322**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Business Loan**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$247,118.85** | **$0.00** |

Debtor    **Unique Freight Lines, Inc.**
_____    Case number (*if known*) _____
Name

☐ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CIMC Leasing USA** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |

Creditor's Name

**263 Shuman Blvd.**
**Ste 147**
**Naperville, IL 60563**
Creditor's mailing address

**Equipment Lease Financing**

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0322**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **CIT Bank, N.A** | Describe debtor's property that is subject to a lien | $146,858.58 | $0.00 |

Creditor's Name

**888 E Walnut St**
**Pasadena, CA 91101**
Creditor's mailing address

**Business Loan**

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0322**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **De Lage Landen Financial Services** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |

Creditor's Name

**1111 Old Eagle School Rd**
**Wayne, PA 19087**
Creditor's mailing address

**Business Loan**

Describe the lien
**UCC Lien**

---

| Debtor | **Unique Freight Lines, Inc.** | Case number (if known) | |
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **ENGS Commerical Finance Co.** | **Describe debtor's property that is subject to a lien** | **$1.00** | **$0.00** |
| | Creditor's Name | **Business Loan** | | |

**1 Pierce Place**
**Ste 1100**
**Itasca, IL 60143**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **F.N.B. Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$213,595.80** | **$0.00** |
| | Creditor's Name | **Business Loan** | | |

**120 Highland Park Blvd**
**Wilkes Barre, PA 18702**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Unique Freight Lines, Inc.**
_____    Case number (*if known*) _____
Name

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **First Midwest Equipment Finance Company** | **Describe debtor's property that is subject to a lien** | **$1.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**80 Gordon Street**
**Elk Grove Village, IL 60007**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Business Loan**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.9 | **First Utah Bank** | **Describe debtor's property that is subject to a lien** | **$1.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**8915 S. 700 E**
**Ste 103**
**Sandy, UT 84070**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Business Loan**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.10 | **Hitachi Capital America Corp.** | **Describe debtor's property that is subject to a lien** | **$169,615.37** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**800 Connecticut Avenne**
**Norwalk, CT 06854**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Business Loan**

**Describe the lien**
**UCC Lien**

---

Debtor **Unique Freight Lines, Inc.** _____    Case number (if known) _____
　　　　Name

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 1 | **Huntington HNB Equipment** | | | |
|---|---|---|---|---|

Creditor's Name
**Attn: EA1W18**
**P.O. Box 182387**
**Columbus, OH 43218**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $1.00    $0.00
**Business Loan**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **JB & B Capital, LLC.** | | | |
|---|---|---|---|---|

Creditor's Name
**109 S. Northshore Drive**
**Ste 200**
**Knoxville, TN 37919**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**    $109,351.69    $0.00
**Business Loan**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Unique Freight Lines, Inc.**

Name

Case number (*if known*) _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 3 | **KLC Financial** | **Describe debtor's property that is subject to a lien** | $58,861.90 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**4350 Baker Road
Ste 100
Hopkins, MN 55343**

**Business Loan**

Creditor's mailing address

**Describe the lien**
**Secuirty Interest**

**Is the creditor an insider or related party?**
- ☐ **No**
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ **No**
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0322**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☐ **No**
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Midland States Bank** | **Describe debtor's property that is subject to a lien** | $100,076.40 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1201 Network Centre Drive
Effingham, IL 62401**

**Business Loan**

Creditor's mailing address

**Describe the lien**
**Secuirty Interest**

**Is the creditor an insider or related party?**
- ☐ **No**
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ **No**
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0322**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☐ **No**
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **Paccar Financial Corp** | **Describe debtor's property that is subject to a lien** | $110,495.12 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1201 Hays St, # 105
Tallahassee, FL 32301-2000**

**Business Loan**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

---

Debtor   **Unique Freight Lines, Inc.**
_____   Case number (if known) _____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **Samsara Capital Finance** | | | $1.00 | $0.00 |
|---|---|---|---|---|---|

**Samsara Capital Finance**
Creditor's Name

**11450 NW 122nd Street**
**Ste 300**
**Miami, FL 33178**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**Equipment Loan**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Sumitomo Mitsui Finance and Leasing** | | | $1.00 | $0.00 |
|---|---|---|---|---|---|

**Sumitomo Mitsui Finance and Leasing**
Creditor's Name

**666 Third Avenue**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Business Loan**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Unique Freight Lines, Inc.**                                              Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 8 | **TBK Bank** | **Describe debtor's property that is subject to a lien** | **$75,309.60** | **$0.00** |
|---|---|---|---|---|

Creditor's Name
**12700 Park Central Drive
Ste 1700
Dallas, TX 75251**
Creditor's mailing address

**Business Loan**

**Describe the lien**
**UCC Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0322**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Technology Finance Corporation** | **Describe debtor's property that is subject to a lien** | **$1.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name
**7077 E. Marilyn Road
Bldg 3
Scottsdale, AZ 85254**
Creditor's mailing address

**Business Loan**

**Describe the lien**
**UCC Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0322**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 0 | **Toyota Commercial Finance** | **Describe debtor's property that is subject to a lien** | **$103,900.07** | **$0.00** |
|---|---|---|---|---|

Creditor's Name
**8951 Cypress Waters Blvd
Ste 300
Coppell, TX 75019**
Creditor's mailing address

**Business Loan**

**Describe the lien**

---

| Debtor | **Unique Freight Lines, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
0322

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent
☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 1 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $500,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2 North Street**
**Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**EIDL Loan**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
8001

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent
☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 2 | **VAR Resources LLC** | **Describe debtor's property that is subject to a lien** | $1.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2005 Market Street**
**14th Floor**
**Philadelphia, PA 19103**

Creditor's mailing address

**Business Loan**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
0322

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Unique Freight Lines, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.2 3 | **VAR Technology Finance** | **Describe debtor's property that is subject to a lien** | **$1.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Business Loan** | | |

**2230 Interstate 30
Mesquite, TX 75150**
Creditor's mailing address

Describe the lien
**UCC Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.2 4 | **Volvo Financial VTFNA** | **Describe debtor's property that is subject to a lien** | **$5,140,894.77** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Business Loan** | | |

**8003 Piedmont Triad
Parkway
Greensboro, NC 27409**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0322**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 5 | **Wells Fargo Bank** | **Describe debtor's property that is subject to a lien** | **$1.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Business Loan** | | |

**800 Walnut Street
Des Moines, IA 50309**
Creditor's mailing address

Describe the lien
**UCC Lien**

---

| Debtor | **Unique Freight Lines, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0322** | As of the petition filing date, the claim is: |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Disputed |

| 2.2 6 | **Wells Fargo Equipment Finance, Inc** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Business Loan** | | |
| | **MAC N9300-100** | | | |
| | **600 South 4th Street** | | | |
| | **Minneapolis, MN 55415** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0322** | As of the petition filing date, the claim is: | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | | ☐ Contingent | | |
| | ■ No | ☐ Unliquidated | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $6,976,092.15 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Unique Freight Lines, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168,519.66 | $168,519.66 |
|---|---|---|---|

**Florida Department Of Highway Safety**
**International Fuel Tax Agreement (IFTA)**
**2900 Apalachee Pkwy**
**Tallahassee, FL 32399**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Fuel Tax**

Last 4 digits of account number **0322**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,332.00 | $86,332.00 |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Income Tax Liability**

Last 4 digits of account number **0322**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Unique Freight Lines, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $63,780.19 | $63,780.19 |
|---|---|---|---|---|
| | **New Mexico Taxation & Revenue Department**<br>**1100 South St. Francis Drive**<br>**Santa Fe, NM 87504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**State Tax Liability for 2016 - 2021** | | |
| | Last 4 digits of account number **0322** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $18,142.00 | $18,142.00 |
|---|---|---|---|---|
| | **State of Florida**<br>**Department of Revenue**<br>**c/o Office of General Counsel**<br>**2450 Shumar Oak Blvd.**<br>**Tallahassee, FL 32399** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Florida Corporate Income Tax** | | |
| | Last 4 digits of account number **0322** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **American Express**<br>**P.O. Box 6031**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Platinum Credit Card** | |
| | Last 4 digits of account number **7004** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **BMW Financial Services**<br>**5515 Parkcenter Cir**<br>**Dublin, OH 43017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Auto Lease** | |
| | Last 4 digits of account number **4726** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **BMW Financial Services**<br>**5515 Parkcenter Cir**<br>**Dublin, OH 43017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Auto Lease** | |
| | Last 4 digits of account number **4142** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Unique Freight Lines, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bristol West Inurance Group**
**P.O. Box 268992**
**Oklahoma City, OK 73126**

Date(s) debt was incurred **08/06/2021**

Last 4 digits of account number **2231**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Insurance Claim for Tort Action**
**Insured: Roberto Aguilar**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dolan and Dolan, P.A.**
**One Legal Lane at 53 Spring Street**
**P.O. Box D**
**Newton, NJ 07860**

Date(s) debt was incurred _

Last 4 digits of account number **6421**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Attorney for Philip McCarthy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Emanuel & Zwiebel, PLLC**
**7900 Peters Rd**
**Executive Court at Jacaranda**
**Bldg B, Ste 100**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **5607**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Collection Attorney for US Bank**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Emanuel & Zwiebel, PLLC**
**7900 Peters Rd**
**Executive Court at Jacaranda**
**Bldg B, Ste 100**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **5568**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection Attorney**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Emanuel & Zwiebel, PLLC**
**7900 Peters Rd**
**Executive Court at Jacaranda**
**Bldg B, Ste 100**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **CC05**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Attorney for US Bank**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**First Insurance Funding**
**c/o William Lindeman, Esq.**
**P.O. Bx 3506**
**Orlando, FL 32802**

Date(s) debt was incurred _

Last 4 digits of account number **CA01**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Unique Freight Lines, Inc.**                                    Case number *(if known)* _____
        Name

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Jesus Morales Ortega**
**c/o Rosenbeg & Rosenberg, P.A.**
**2501 Hollywood Blvd**
**Ste 110**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Lawsuit for Tort Claim**

Last 4 digits of account number  **CA01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Nicolini, Paradise, Ferretti & Sabella**
**114 Old Country Road**
**Ste 500**
**Mineola, NY 11501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Attorney for State Farm Mutual Automobile Insurance as Subrogee of Karen Peck**

Last 4 digits of account number  **2853**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Nilo Villamar**
**c/o Noah E. Storch, Esq.**
**10368 W. State Road 84, Ste 103**
**Fort Lauderdale, FL 33324-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Class Action Lawsuit Settlement**

Last 4 digits of account number  **3DPG**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Noeh E. Storch, Esq.**
**Richard Celler Legal, P.A.**
**10368 W. State Road 84**
**Suite 103**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Attorney for Nilo Villamar**

Last 4 digits of account number  **3DPG**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Philip McCarthy**
**c/o Dolan and Dolan, P.A.**
**One Legal Lane at 53 Spring Srreet**
**P.O.Box D**
**Newton, NJ 07860**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Lawsuit**
**Superior Court of New Jersey**

Last 4 digits of account number  **6421**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Port Authority of New York & New Jersey**
**c/o Peter C. Merani, P.C.**
**1001 Avenue of the Americas**
**Suite 1800**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Lawsuit Judgment**
**Civil Court of the New York County of New York**

Last 4 digits of account number  **6519**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Unique Freight Lines, Inc.**                                   Case number *(if known)* _____
       Name

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Progressive**
**Subrogation Payment Processing Center**
**24344 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance Claim for Tort Claim by Rolando Ortega Sanchez**

Last 4 digits of account number  **3261**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Rathbone Group**
**1250 E. Granger Road**
**Independence, OH 44131**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection Attorney**
**Original Creditor: Progressive**
**Tort claim by Alfredo Valdez**

Last 4 digits of account number  **1AB2**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Roberto Aguilar**
**c/o Thomas L. West**
**432 N. Pennisula Drive**
**Daytona Beach, FL 32118**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit for Tort Claim**
**Circuit Court of Volusia County, Florida**

Last 4 digits of account number  **CIDL**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Rosenberg & Rosenberg**
**2501 Hollywood Blvd., Suite 110**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney for Jesus Morales-Ortega et al.**

Last 4 digits of account number  **CA01**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**State Farm Mutual Automobile Ins. Co.**
**as Subrogee of Karen Peck**
**400 Northern Boulevard**
**Whitestone, NY 11357**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit for Tort Claim - Yoan Senaris**
**Civil Court of the City of New York County of Queens**

Last 4 digits of account number  **2853**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**The Wilbur Group**
**210 Landmark Drive**
**Normal, IL 61761**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection Agent**
**Original Creditor: USAA**
**Tort Claim by Rolando Ortega Sanchez**

Last 4 digits of account number  **6211**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor  **Unique Freight Lines, Inc.**                                    Case number (if known) _____
         Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Thomas West, Esq.**
**432 N. Peninsula Drive**
**Daytona Beach, FL 32118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **CIDL**

Basis for the claim:  **Attorney for Roberto Aguilar**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,871.80 |

**U.S. Bank**
**c/o Ronald Emanuel, Esq.**
**790  Peters Road**
**Bldg B, Ste 100**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **CC05**

Basis for the claim:  **Lawsuit - Breach of Contract**
**County Court of Miami Dade County, Florida**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**William M. Lindeman, Esq.**
**P.O. Box 3506**
**Orlando, FL 32802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **CA01**

Basis for the claim:  **Attorney for First Insurance Funding**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 336,773.85 |
| 5b. Total claims from Part 2 | 5b. + | $ 185,893.80 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ 522,667.65 |

| Fill in this information to identify the case: |
|---|

Debtor name **Unique Freight Lines, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
  ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Equipment Lease Agreement**<br>**Unique Freight Lines, Inc. - Lessor**<br>**AZPI Transportation Corp. - Lessee**<br><br>State the term remaining **8 months**<br><br>List the contract number of any government contract | **AZPI Transportation Corp.**<br>**5601 Blvd. East**<br>**Unit 8C**<br>**West New York, NJ 07093** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Auto Lease**<br>**2021 BMW X6 M Series**<br><br>State the term remaining **Maturity Date 11/05/2023**<br><br>List the contract number of any government contract | **BMW Financial Services**<br>**5515 Parkcenter Cir**<br>**Dublin, OH 43017** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Auto Lease**<br>**2022 BMW X5 sDrive 40i**<br><br>State the term remaining **Maturity Date 07/21/2025**<br><br>List the contract number of any government contract | **BMW Financial Services**<br>**5515 Parkcenter Cir**<br>**Dublin, OH 43017** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Equipment Financing Loan**<br><br>State the term remaining **12 months**<br><br>List the contract number of any government contract | **Samsara Capital Finance**<br>**11450 NW 122nd Street**<br>**Ste 300**<br>**Miami, FL 33178** |

Debtor 1   **Unique Freight Lines, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** **Unique Freight Lines, Inc. - Lessor** **Total Equipment USA, Inc. - Lessee** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **Total Equipment USA, Inc.** **7555 NW 63r Street** **Miami, FL 33166** |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Unique Freight Lines, Inc.**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td>_____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **David Padron Sr.** | **8417 NW 201 Terrace** **Hialeah, FL 33015** | **Huntington HNB Equipment** | ☑ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.2 **David Padron, Sr.** | **8417 NW 201 Terrace** **Hialeah, FL 33015** | **U.S. Small Business Administration** | ☑ D __2.21__ ☐ E/F _____ ☐ G _____ |
| 2.3 **David Padron, Sr.** | **8417 NW 201 Terrace** **Hialeah, FL 33015** | **First Utah Bank** | ☑ D __2.9__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Unique Freight Lines, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,433,659.13** |
    | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$46,147,842.00** |
    | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$48,883,090.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|
    | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|
    | | | | |

Debtor  **Unique Freight Lines, Inc.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Huntington HNB Equipment**<br>**Attn: EA1W18**<br>**P.O. Box 182387**<br>**Columbus, OH 43218** | **Last 90 days** | **$27,001.46** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Sumitomo Mitsui Finance and Leasing**<br>**666 Third Avenue**<br>**New York, NY 10017** | **Last 90 days** | **$22,433.24** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **CIT Bank, N.A**<br>**888 E Walnut St**<br>**Pasadena, CA 91101** | **Last 90 days** | **$10,793.48** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Volvo Financial VTFNA**<br>**8003 Piedmont Triad Parkway**<br>**Greensboro, NC 27409** | **Last 90 days** | **$171,490.67** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Toyota Financial Services**<br>**ATTN: Bankruptcy**<br>**P.O. Box 15012**<br>**Chandler, AZ 85244-5012** | **Last 90 days** | **$27,716.10** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Paccar Financial Corp**<br>**1201 Hays St, # 105**<br>**Tallahassee, FL 32301-2000** | **Last 90 days** | **$18,115.90** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **BMO/Harris Bank, N.A.**<br>**111 West Monroe Street**<br>**Chicago, IL 60603** | **Last 90 days** | **$33,233.53** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **TBK Bank**<br>**12700 Park Central Drive**<br>**Ste 1700**<br>**Dallas, TX 75251** | **Last 90 days** | **$56,594.70** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Unique Freight Lines, Inc.**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **JB & B Capital, LLC.**<br>**109 S. Northshore Drive**<br>**Ste 200**<br>**Knoxville, TN 37919** | **Last 90 days** | **$148,326.91** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Sunstate International Trucks LLC**<br>**6020 E. Adamo Drive**<br>**Tampa, FL 33619** | **Last 90 days** | **$24,567.55** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **CIMC Leasing USA**<br>**263 Shuman Blvd.**<br>**Ste 147**<br>**Naperville, IL 60563** | **Last 90 days** | **$8,850.96** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Mitsubishi HC Capital America**<br>**800 Connecticut Avenue**<br>**Norwalk, CT 06854** | **Last 90 days** | **$14,070.83** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **KLC Financial**<br>**4350 Baker Road**<br>**Ste 100**<br>**Hopkins, MN 55343** | **Last 90 days** | **$30,200.76** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **ENGS Commerical Finance Co.**<br>**1 Pierce Place**<br>**Ste 1100**<br>**Itasca, IL 60143** | **Last 90 days** | **$17,005.71** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **DLL Financial Service**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | **Last 90 days** | **$32,805.43** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Bank Capital Ser FNB Equipment Finance**<br>**120 Highland Park Blvd.**<br>**Wilkes Barre, PA 18702** | **Last 90 days** | **$26,382.78** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Unique Freight Lines, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Midland Equipment Finance<br>1801 Park 270 Drive<br>Ste 200<br>Saint Louis, MO 63146** | **Last 90 days** | $7,219.23 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **BMO/Harris Bank, N.A.<br>111 West Monroe Street<br>Chicago, IL 60603** | **Surrendered vehicle to finance company/lien holder<br>2020 KW Truck - 7 - $615,444.93<br>2020 INT Truck - 1 - $97,995.33** | 03/2023 | $713,440.26 |
| **Huntington HNB Equipment<br>Attn: EA1W18<br>P.O. Box 182387<br>Columbus, OH 43218** | **Surrendered vehicle to finance company/lien holder<br>2020 KW Truck - 2 - $142,910.00** | 03/2023 | $142,910.00 |
| **Toyota Financial Services<br>ATTN: Bankruptcy<br>P.O. Box 15012<br>Chandler, AZ 85244-5012** | **Surrendered vehicle to finance company/lien holder<br>2020 KW Truck - 4 - $406,908.24** | 03/2023 | $406,908.24 |
| **Sumitomo Mitsui Finance and Leasing<br>666 Third Avenue<br>New York, NY 10017** | **Surrendered vehicle to finance company/lien holder<br>2022 KW Truck - 4 - $545,341.64** | 03/2023 | $545,341.64 |
| **F.N.B. Equipment Finance<br>120 Highland Park Blvd<br>Wilkes Barre, PA 18702** | **Surrendered vehicle to finance company/lien holder<br>2020 KW Truck - 1 - $65,781.51** | 03/2023 | $65,781.51 |
| **Sunstate International Trucks LLC<br>6020 E. Adamo Drive<br>Tampa, FL 33619** | **Surrendered vehicle to rental company<br>2017 Hyundai Truck - 6** | 03/2023 | $0.00 |
| **TBK Bank<br>12700 Park Central Drive<br>Ste 1700<br>Dallas, TX 75251** | **Surrendered vehicle to finance company/lien holder<br>2022 CIMC Truck - 7 - $510,783.10<br>2022 KW Truck - 15 - $2,057,725.51** | 03/2023 | $2,791,160.59 |

Debtor   Unique Freight Lines, Inc.                                    Case number *(if known)*

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| CIMC Leasing USA<br>263 Shuman Blvd.<br>Ste 147<br>Naperville, IL 60563 | Surrendered vehicle to leasing company<br>2018 CIMC - 9 | 03/2023 | $0.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. First Insurance Funding v. Unique Freight Lines, Inc.<br>2022-009958-CA-01 | Insurance Claim for Personal Injury | Miami Dade County Clerk of Court<br>73 West Flagler Street<br>Miami, FL 33130 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Jesus Morales Ortega, et al. v. Unique Freight Lines, Inc.<br>2019-032504-CA-01 | Personal Injury | Miami Dade County Clerk of Court<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. Philip McCarthy  v. Unique Freight Lines, Inc.<br>SX-L-464-21 | Personal Injury | Superior Court of New Jersey<br>212 Washington Street<br>Newark, NJ 07102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. Roberto Aguilar  v. Unique Freight Lines, Inc.<br>2022-10338-CIDL | Personal Injury | Volusia County Clerk of the Circuit Cour<br>101 N. Alabama Avenue<br>Deland, FL 32724 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. State Farm Mutual Automobile Ins. Co.  v. Unique Freight Lines, Inc.<br>012853 | Insurance Claim for Personal Injury | Civil Court of New York, County of Queen<br>89-17 Sutphin Blvd<br>Jamaica, NY 11435 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. U.S. Bank  v. Unique Freight Lines, Inc.<br>2023-009497-CC-05 | Contract & Indebtedness | Miami Dade County Clerk of Court<br>73 West Flagler Street<br>Miami, FL 33130 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Unique Freight Lines, Inc.**    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **Nilo Villamar  v. Carrier Compliance Services Corp, et al.**<br>**21-cv-20573-DPG** | **Class Action under Fair Labor Standards Act Settlement reached** | **United States Federal District Court**<br>**South District of Florida - Miami Divisi**<br>**Wilkie D. Ferguson Jr. U.S. Courthouse**<br>**400 North Miami Avenue**<br>**Miami, FL 33128** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Port Authority of New York and New Jersey**<br>**35765/19** | **Lawsuit Judgment** | **New York County Courthouse**<br>**60 Centre Street**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2020 Kenworth (KW) Truck was severely damaged.  Driver was traveling on the road in Macon, Georgia when he suddenly saw smoke coming from the cabin.  He exited the vehicle to inspect it and realized the truck was on fire.  The reason for the fire is unknown.** | **Insurance carrier has not yet determined the total value of the loss.  No payout has occurred as of yet. Total loss reported to Huntington Bank.** | **03/09/2023** | **$72,032.78** |
| **Vanguard Trailer was damaged and twisted when it was hit from behind by another truck as it was ascending a hill in Tijeras, New Mexico.** | **No payment received from insurance as total value of damage has not yet been determined.  Trailer was determined a total loss and reported to TBK bank.** | **03/12/2023** | **$0.00** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor   **Unique Freight Lines, Inc.**                                    Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    **Unique Freight Lines, Inc.**                                    Case number *(if known)*

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | Unique Freight Lines, Inc. | Case number *(if known)* | |
|---|---|---|---|

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jorge Quintana**<br>**Tax 4 Trucks, Inc.**<br>**7555 NW 63rd Street**<br>**Ste 4**<br>**Miami, FL 33166** | **01/2020 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Jorge Quintana**<br>**Tax 4 Trucks, Inc.**<br>**7555 NW 63rd Street**<br>**Ste 4**<br>**Miami, FL 33166** | **01/2020 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor   **Unique Freight Lines, Inc.**                                    Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jorge Quintana** **Tax 4 Trucks, Inc.** **7555 NW 63rd Street** **Ste 4** **Miami, FL 33166** | |
| 26c.2. **David Padron, Sr.** **8417 NW 201 Terrace** **Hialeah, FL 33015** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Samsara Capital Finance** **11450 NW 122nd Street** **Ste 300** **Miami, FL 33178** |
| 26d.2. **TBK Bank** **12700 Park Central Drive** **Ste 1700** **Dallas, TX 75251** |
| 26d.3. **Sumitomo Mitsui Finance and Leasing** **666 Third Avenue** **New York, NY 10017** |
| 26d.4. **Wells Fargo** **Small Business Lending** **MAC N977-01B** **PO Box 5511** **Sioux Falls, SD 57117** |
| 26d.5. **U.S. Small Business Administration** **2 North Street** **Suite 320** **Birmingham, AL 35203** |
| 26d.6. **VAR Technology Finance** **2230 Interstate 30** **Mesquite, TX 75150** |
| 26d.7. **VAR Resources LLC** **2005 Market Street** **14th Floor** **Philadelphia, PA 19103** |
| 26d.8. **First Utah Bank** **8915 S. 700 E** **Ste 103** **Sandy, UT 84070** |
| 26d.9. **Hitachi Capital America Corp** **800 Connecticut Ave** **Norwalk, CT 06854** |

Debtor    Unique Freight Lines, Inc.                                              Case number *(if known)*

| Name and address |
|---|
| 26d.10. **De Large Landen Finanical Services, Inc.**<br>**111 Old Eagle School Rd**<br>**Wayne, PA 19087** |
| 26d.11. **Technology Finance Corporation**<br>**7077 E. Marilyn Road**<br>**Bldg 3**<br>**Scottsdale, AZ 85254** |
| 26d.12. **BB & T Commerical Equipment Capital Corp**<br>**2 Great Valley Parkway**<br>**Suite 300**<br>**Malvern, PA 19355** |
| 26d.13. **Wells Fargo Equipment Finance, Inc**<br>**MAC N9300-100**<br>**600 South 4th Street**<br>**Minneapolis, MN 55415** |
| 26d.14. **First Midwest Equipment Finance Company**<br>**80 Gordon Street**<br>**Elk Grove Village, Il 60007** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Padron, Sr.** | **8417 NW 201 Terrace**<br>**Hialeah, FL 33015** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

Debtor   **Unique Freight Lines, Inc.**                                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Padron, Sr.**<br>**8417 NW 201 Terrace**<br>**Hialeah, FL 33015** | **$870,145.93** | **01/01/2023 -**<br>**03/01/2023** | **Distribution in excess of basis** |
| | Relationship to debtor<br>**Principal** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

&#9632; No
&#9633; Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

&#9632; No
&#9633; Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 14, 2023**

**/s/ David Padron, Sr.**                           **David Padron, Sr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
&#9632; No
&#9633; Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **Unique Freight Lines, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Padron, Sr.**<br>**8417 NW 201 Terrace**<br>**Hialeah, FL 33015** | **Common Stock** | **100** | **100% Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 14, 2023**

Signature   **/s/ David Padron, Sr.**

**David Padron, Sr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Southern District of Florida**

In re    **Unique Freight Lines, Inc.**_____    Case No. _____
                                    Debtor(s)                    Chapter    **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **April 14, 2023**_____        **/s/ David Padron, Sr.**_____
                                            **David Padron, Sr./President**
                                            Signer/Title

American Express
P.O. Box 6031
Carol Stream, IL 60197


AZPI Transportation Corp.
5601 Blvd. East
Unit 8C
West New York, NJ 07093


BB&T  Commercial Equipment Capital Corp
2 Great Valley Parkway
Suite 300
Malvern, PA 19355


BMO/Harris Bank, N.A.
111 West Monroe Street
Chicago, IL 60603


BMW Financial Services
5515 Parkcenter Cir
Dublin, OH 43017


BMW Financial Services
5515 Parkcenter Cir
Dublin, OH 43017


BMW Financial Services
5515 Parkcenter Cir
Dublin, OH 43017


BMW Financial Services
5515 Parkcenter Cir
Dublin, OH 43017


Bristol West Inurance Group
P.O. Box 268992
Oklahoma City, OK 73126


CIMC Leasing USA
263 Shuman Blvd.
Ste 147
Naperville, IL 60563

```
CIT Bank, N.A
888 E Walnut St
Pasadena, CA 91101


David Padron Sr.
8417 NW 201 Terrace
Hialeah, FL 33015


David Padron, Sr.
8417 NW 201 Terrace
Hialeah, FL 33015


David Padron, Sr.
8417 NW 201 Terrace
Hialeah, FL 33015


De Lage Landen Financial Services
1111 Old Eagle School Rd
Wayne, PA 19087


Dolan and Dolan, P.A.
One Legal Lane at 53 Spring Street
P.O. Box D
Newton, NJ 07860


Emanuel & Zwiebel, PLLC
7900 Peters Rd
Exectutive Court at Jacaranda
Bldg B, Ste 100
Plantation, FL 33324


Emanuel & Zwiebel, PLLC
7900 Peters Rd
Exectutive Court at Jacaranda
Bldg B, Ste 100
Plantation, FL 33324


Emanuel & Zwiebel, PLLC
7900 Peters Rd
Exectutive Court at Jacaranda
Bldg B, Ste 100
Plantation, FL 33324
```

ENGS Commerical Finance Co.
1 Pierce Place
Ste 1100
Itasca, IL 60143


F.N.B. Equipment Finance
120 Highland Park Blvd
Wilkes Barre, PA 18702


First Insurance Funding
c/o William Lindeman, Esq.
P.O. Bx 3506
Orlando, FL 32802


First Midwest Equipment Finance Company
80 Gordon Street
Elk Grove Village, IL 60007


First Utah Bank
8915 S. 700 E
Ste 103
Sandy, UT 84070


Florida Department Of Highway Safety
International Fuel Tax Agreement (IFTA)
2900 Apalachee Pkwy
Tallahassee, FL 32399


Hitachi Capital America Corp.
800 Connecticut Avenne
Norwalk, CT 06854


Huntington HNB Equipment
Attn: EA1W18
P.O. Box 182387
Columbus, OH 43218


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


JB & B Capital, LLC.
109 S. Northshore Drive
Ste 200
Knoxville, TN 37919

Jesus Morales Ortega
c/o Rosenbeg & Rosenberg, P.A.
2501 Hollywood Blvd
Ste 110
Hollywood, FL 33020


KLC Financial
4350 Baker Road
Ste 100
Hopkins, MN 55343


Midland States Bank
1201 Network Centre Drive
Effingham, IL 62401


New Mexico Taxation & Revenue Department
1100 South St. Francis Drive
Santa Fe, NM 87504


Nicolini, Paradise, Ferretti & Sabella
114 Old Country Road
Ste 500
Mineola, NY 11501


Nilo Villamar
c/o Noah E. Storch, Esq.
10368 W. State Road 84, Ste 103
Fort Lauderdale, FL 33324-4000


Noeh E. Storch, Esq.
Richard Celler Legal, P.A.
10368 W. State Road 84
Suite 103
Fort Lauderdale, FL 33324


Paccar Financial Corp
1201 Hays St, # 105
Tallahassee, FL 32301-2000


Philip McCarthy
c/o Dolan and Dolan, P.A.
One Legal Lane at 53 Spring Srreet
P.O.Box D
Newton, NJ 07860

Port Authority of New York & New Jersey
c/o Peter C. Merani, P.C.
1001 Avenue of the Americas
Suite 1800
New York, NY 10018


Progressive
Subrogation Payment Processing Center
24344 Network Place
Chicago, IL 60673


Rathbone Group
1250 E. Granger Road
Independence, OH 44131


Roberto Aguilar
c/o Thomas L. West
432 N. Pennisula Drive
Daytona Beach, FL 32118


Rosenberg & Rosenberg
2501 Hollywood Blvd., Suite 110
Hollywood, FL 33020


Samsara Capital Finance
11450 NW 122nd Street
Ste 300
Miami, FL 33178


Samsara Capital Finance
11450 NW 122nd Street
Ste 300
Miami, FL 33178


State Farm Mutual Automobile Ins. Co.
as Subrogee of Karen Peck
400 Northern Boulevard
Whitestone, NY 11357


State of Florida
Department of Revenue
c/o Office of General Counsel
2450 Shumar Oak Blvd.
Tallahassee, FL 32399

Sumitomo Mitsui Finance and Leasing
666 Third Avenue
New York, NY 10017


TBK Bank
12700 Park Central Drive
Ste 1700
Dallas, TX 75251


Technology Finance Corporation
7077 E. Marilyn Road
Bldg 3
Scottsdale, AZ 85254


The Wilbur Group
210 Landmark Drive
Normal, IL 61761


Thomas West, Esq.
432 N. Peninsula Drive
Daytona Beach, FL 32118


Total Equipment USA, Inc.
7555 NW 63r Street
Miami, FL 33166


Toyota Commercial Finance
8951 Cypress Waters Blvd
Ste 300
Coppell, TX 75019


U.S. Bank
c/o Ronald Emanuel, Esq.
790 Peters Road
Bldg B, Ste 100
Fort Lauderdale, FL 33324


U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


VAR Resources LLC
2005 Market Street
14th Floor
Philadelphia, PA 19103

VAR Technology Finance
2230 Interstate 30
Mesquite, TX 75150


Volvo Financial VTFNA
8003 Piedmont Triad Parkway
Greensboro, NC 27409


Wells Fargo Bank
800 Walnut Street
Des Moines, IA 50309


Wells Fargo Equipment Finance, Inc
MAC N9300-100
600 South 4th Street
Minneapolis, MN 55415


William M. Lindeman, Esq.
P.O. Box 3506
Orlando, FL 32802